UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Amy Solek, Personal
Representative of the Estate of
Emily Victoria Solek, et al.,

                      Plaintiff(s),

v.                                           Case No. 2:21-cv-10442-PDB-CI
                                             Hon. Paul D. Borman

K&B Transportation, Inc., an
Iowa Corporation, et al.,

                      Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Curtis Ivy Jr. for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

        Motion to Compel – #56

                                                  s/Paul D. Borman
                                                  Paul D. Borman
                                                  United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/D Tofil
                                                  Case Manager

Dated:   March 28, 2022